JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IQE plc, | CASE NO. SACV 22-867-GW-KESx |
| Plaintiff, | Judge: Hon. George H. Wu |
| v. | **ORDER DISMISSING CASE PURSUANT TO NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |
| NEWPORT FAB, LLC d/b/a JAZZ SEMICONDUCTOR, TOWER US HOLDINGS INC., TOWER SEMICONDUCTOR LTD., PAUL D. HURWITZ, EDWARD PREISLER, DAVID J. HOWARD, and MARCO RACANELLI, | |
| Defendants. | |

**[PROPOSED] ORDER**

## ORDER

The Court having considered the Notice of Voluntary Dismissal with Prejudice Pursuant to Fed. R. Civ. P. 41(a) filed by Plaintiff IQE plc hereby **ORDERS** as follows:

The case is dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: July 2, 2026

_____
HON. GEORGE H. WU,
United States District Judge

**[PROPOSED] ORDER**